FILED
2026 JAN 9 AM 9:56
CLERK
U.S. DISTRICT COURT

SANAZ DERAKHSHANI JAN
COMPLEXCOMPLAIN2@GMAIL.COM
P.O. BOX 363, TRABUCO CANYON, CA 92678
818-913-9338
IN PRO PER

## UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

Case: 2:26-cv-00023

Case No.:    Assigned To : Bennett, Jared C.
Assign. Date : 01/09/2026

Plaintiff:

SANAZ DERAKHSHANI JAN

vs.

Defendants:

Donald J. Trump, in his official capacity as the President of the United States;

James David Vance, in his official capacity as the Vice President of the United States;

Melania Trump, in her official capacity as First Lady of the United States;

Karoline Claire Leavitt, in her official capacity as White House Press Secretary;

Lara Lea Trump (Yunaska), in her official capacity as an American Politician;

Eric Trump, Donald Trump's son;

PAMELA JO BONDI, in her official capacity as the U.S. Attorney General;

**COMPLAINT FOR VIOLATION OF THE U.S. CONSTITUTION, STATUTORY, AND CIVIL RIGHTS, AND DAMAGES AGAINST, JUDICIAL MAFIA, GOVERNMENT OFFICIAL MAFIA, REAL ESTATE FRAUD, REAL ESTATE MAFIA, RENTAL SCAM MAFIA, CONSPIRACY MAFIA, LOAN FRAUD, BANK FRAUD, PROBATION FRAUD, TAX FRAUD, INSURANCE FRAUD, COLLECTOR FRAUD, BLACKMAIL MAFIA, MAIL FRAUD MAFIA, TESTIFY UNDER THE PERJURY MAFIA, IDENTITY THEFT MAFIA, CYBER CRIME, HUMAN SMUGGLING FRAUD, PHARMACEUTICAL MAFIA, LAW ENFORCEMENT MAFIA, DRUG TRAFFICKING, FIREARM VIOLATION MAFIA, IMMIGRATION FRAUD, MARRIAGE FRAUD, IMMIGRATION MAFIA, CITIZENSHIP FRAUD,**

1
Complaint

KASHYAP PRAMOD PATEL, in his official capacity as the Director of the Federal Bureau of Investigation;

KAMALA HARRIS, in her official capacity as an Attorney and former Vice President of the United States;

GAVIN CHRISTOPHER NEWSOM, in his official capacity as the Governor of California;

ARNOLD ALOIS SCHWARZENEGGER, Actor and former Governor of California;

KRISTEN CLARKE, in her official capacity as a former Assistant Attorney General for Civil Rights at the U.S. Department of Justice;

ROBERT ANDRES BONTA, in his official capacity as the Attorney General of California;

ADAM BENNETT SCHIFF, in his official capacity as a United States Senator;

ALEX PADILLA, in his official capacity as a United States Senator;

BILAL A. ESSAYLI, in his official capacity as U.S. Attorney General for the Central District of California;

KEVIN RICHARD KISH, in his official capacity as director of the Civil Department of Fair Employment and Housing;

JAMES COMEY, in his official capacity as former director of the FBI;

**GOVERNMENT BENEFIT MAFIA, DMV FRAUD AND MAFIA, EDD FRAUD AND MAFIA, GOVERNMENT FUND MAFIA, OBSTRUCTION OF JUSTICE, ACCUSATION, DEFAMATION OF CHARACTER AND SLANDER MAFIA, PROSECUTOR MAFIA, AND MORE MAFIA MEMBERS, REAL ESTATE MAFIA, PROBATE MAFIA, BANK FRAUD MAFIA, TAX FRAUD MAFIA, WHITE-COLLAR CRIME MAFIA, CITIZENSHIP FRAUD MAFIA, IMMIGRATION FRAUD MAFIA, LAW ENFORMENT MAFIA, PROSECUTORS MAFIA, JUDGICAL MAFIA, GOVERNMENT FUND FRAUD MAFIA, GOVERNMENT BENEFITS MAFIA, CYBER CRIME MAFIA, CIVIL RIGHT VIOLATION MAFIA, U.S CONSTITUTION MAFIA, PHARMACEUTICAL MAFIA, HUMAN SMUGGLING MAFIA, DRUG MAFIA, LIFE THREATENING MAFIA, GOVERNMENT DACUMENTS FRAUD MAFIA, JUDGICAL SYSTEM FRAUD MAFIA, ATTORNEY'S MAFIA, INSURANCE MAFIA, AIR SPORTS MAFIA, AVIATION MAFIA, MEDICAL BILL FRAUD MAFIA, AND MORE MAFI.**

RONALD L. DAVIS, in his official capacity as Former Director of the U.S. Marshals Service;

GADYACES S. SERRALTA, in his official capacity as Director of the U.S. Marshals Service;

Diane B. Dixon, in her official capacity as a member of the CA State Assembly;

Greg Wallis, in his official capacity as a member of the CA State Assembly;

Cecilia Aguiar-Curry, in her official capacity as CA Assembly leader;

Robert Garcia, in his official capacity as CA Assembly Assistant leader;
Robert Rivas, in his official capacity as CA Assembly Speaker;
James Flory Hodgkins, in his official capacity as commissioner;
John Michael Tomberlin, in his official capacity as judge;
Kira Lee Klatchko, in her official capacity as judge;
Manuel Bustamante, in his official capacity as judge;
Michael C. Martin, in his official capacity as judge;
Judith C. Clark, in her official capacity as former CA Riverside County Presiding Judge;
Jacquelin Jackson, in her official capacity as CA Riverside County Presiding Judge;
Marie E. Wood, in his official capacity as Judge;
Matthew Perantoni, in his official capacity as Judge;
Manouchehr Amidnamin;
Marzieh Amidnamin;
Sabina Amidnamin;

**DEMAND FOR GRAND JURY AND JURY TRIAL**

3
Complaint

Mark E. Singerton, in his official capacity as Judge;

Kim Chunk, in her official capacity as former CA Palm Springs Courthouse supervisor;

Current CA Palm Springs Courthouse supervisor;

CA Palm Springs Courthouse executive officers/clerk;

MARIA D. HERNANDEZ, in her official as the Presiding Judge of the Orange County Superior Court;

Dolly M. Gee, in her official capacity as a Judge;

Douglas F. McCormick, in his official capacity as Magistrate Judge;

Stanley Blumenfeld, Jr, in his official capacity as a Judge;

Steve Kim, in his official capacity as a Judge;

Joanne Motoike, in her official capacity as a Judge;

Thomas A. Delaney, in his official capacity as a Judge;

Nathan Scott, in his official capacity as a Judge;

Cheri T. Pham, in her official capacity as a Judge;

Michael E. Perez, in his official capacity as a Judge;

Julie A. Palafox, in her official capacity as a Judge;

Corey S. Cramin, in his official capacity as a Judge;

Andre Manssourian, in his official capacity as a Judge;

Julianne S. Bancroft, in her official capacity as a Judge;

Shaina H. Colover, in her official capacity as a Judge;

David J. Hesseltine, in her official capacity as a Judge;

Jonathan Fish, in his official capacity as a Judge;

Complaint

Donald F. Gaffney, in his official capacity as a Judge;

Deborah C. Servino, in her official capacity as a Judge;

Erick L. Larsh, in his official capacity as a Judge;

Craig Griffin, in his official capacity as a Judge;

Shawn Nelson, in his official capacity as a Judge;

MICHAEL J. STRICKROTH, in his official capacity as a Judge;

THOMAS S. MCCONVILLE, in his official capacity as a Judge;

ERIC J. WERSCHING, in his official capacity as a Judge;

Richard, CA, Orange County Superior Court, Central Justice Center, Clerk's Office supervisor;

Riverside County District Attorney;

Riverside County FBI;

Colin D. Kirkpatrick, in his official capacity as City Attorney of Rancho Mirage; Steve Downs, in his official capacity as the former City Mayor of Rancho Mirage;

Lynn Mallotto, in her official capacity as City Mayor of Rancho Mirage;

Ken Calvert, in his official capacity as the CA Congressman;

Raul Ruiz, in his official capacity as the CA Congressman;

CA Riverside County;

CA Riverside District Attorney Real Estate Fraud Unit;

Michael A. Hestrin, in his official capacity as CA Riverside District Attorney director; Isra Shah, in an official capacity as CA Palm Desert City Attorney;

Jan Harnik, in her official capacity as CA Palm Desert City Mayor;

Evan Trubee, in his official capacity as CA Palm Desert City Mayor Pro Tem;

Complaint

Karina Quintanilla, Joe Pradetto, and Gina Nestande, in their official capacity as Council Members;

CA Riverside Board of Supervisors;

Manuel Perez, in his official capacity as CA Riverside District 4 supervisor;

Chad Bianco, in his official capacity as Riverside Sheriff Chief - Coroner;

Don Sharp, in his official capacity as Riverside Undersheriff; Cathedral City Police Department;

Larry V. Gonzalez, in his official capacity as Riverside Police Chief; Palm Springs Police Department;

DeLoss, in his official capacity as supervisor at CA Palm Desert Sheriff Department; Palm Desert Sheriff Deputies, including Cienega, Burden, Reynolds, and Prieto;

Jason McFeddan, in his official capacity as Riverside supervisor sergeant Lieutenant;

Berkshire Hathaway HomeServices;

Palm Desert Oasis County Club;

The Mission Hills County Club;

The Management Trust Mission Hills County Club; Allied Universal Security Service Palm Desert;

Linda Lee Hurd; Linda Hurda;

Linda Wallance Hurd;

Linda Bergan Hurd;

Linda Hwid;

Linda Hurd;

Phil Smith;

Chad WEST;

Creative Recovery Concepts, Inc.;

Isaiah Villarreal,

Christopher Cardi;

PETER MCKERNAN;

The mckernan group realty

DANIEL STAMPS;

Kevin Vert;

Kevin Jeffrey Vert;

Joshua Christopher Vert;

Vista Community Clinic;

6

Deborah Elaine Vert;
Christina Marie Vert;
Jenson Lynne;
Philip Hood;
Pat Huffman;
Frances W. Greenspan;
Tori Thomas, The Management Trust
Mission Hills County Club HOA, MHRC
Board President;
Rosemary, Allied Universal Security Service
Mission Hills County Club Rancho Mirage,
Manager;
Matthew Zandi, in his official capacity as
former CA Orange County District Attorney
deputy and current Chief of Staff and Senior
Counsel to the U.S. DOJ Civil Rights
Division;
CA Orange County District Attorney's real
estate fraud unit; Mark Tettemer, in his
official capacity as former Lake Forest City
Mayor and council member;
Doug Cirbo, in his official capacity as Lake
Forest Council member;
Scott Voigts, in his official capacity as Lake
Forest Mayor;
Andrew Do, in his official capacity as a
former OC Board of Supervisors member;
Warren Buffett, in his official capacity as
Chairperson of Berkshire Hathaway Inc.;
The Berkshire Hathaway HomeServices;
HomeServices of America;
Berkshire Hathaway Energy;
Lynne Jenson;
Ronald Kershaw;
Lisa M. Rogan, in her official capacity as San
Bernardino Presiding Judge;
San Bernardino Fire Department;
County of San Bernardino;
San Bernardino District Attorney;
San Bernardino Sheriff Department;
San Bernardino Police Department; Todd
Spitzer, in his official capacity as CA Orange
County District Attorney;

7
Complaint

CA Orange County Board of Supervisors;
Don Wagner, in his official capacity as CA Orange County Board of Supervisors;
Mark Talka, in his official capacity as CA OC U.S. Attorney's office supervisor;
CA Orange County FBI;
Orange County DMV;
County of Orange;
CA Orange County Social Security Office;
CA ORANGE COUNTY PARKS, PUBLIC PARKS OF ORANGE COUNTY CALIFORNIA GOVERNMENT AGENCY;
STACY BLACKWOOD, in her official capacity as executive and director/manager of the CA OC Parks government agency;
KEVIN MCKEOWN, in his official capacity supervisor of CA OC park rangers;
O'NEILL REGIONAL PARK;
CA Lake Forest/El TORO U.S. Post Office;
Social Security office headquarters;
DMV headquarters;
Janet Nguyen, in her official capacity as Board of Supervisors District 1 member;
Vicente Sarmiento, in her official capacity as Board of Supervisors District 2 member;
Donald P. Wagner, in his official capacity as Board of Supervisors District 3 member;
Doug Chaffee, Chair, in his official capacity as Board of Supervisors District 4 member;
Katrina Foley, in her official capacity as Board of Supervisors District 5 member and Vice Chair;
Diane Brooks Dixon, in her official capacity as  Member of the California State Assembly, 72nd State Assembly District;
Andrew Do, in his official capacity as a former OC Board of Supervisors member;
Donald Barnes, in his official capacity as CA Orange County Sheriff Chief Coroner; Lake Forest Sheriff Department, Saddleback deputies Gotts, G # 8699, Huynh, V # 11071, Muir, T # 10371, and nine more deputies;

Complaint

Jeff Callahan, in his official capacity as CA Orange County  Administrative Sergeant; David Pultz, in his official capacity as CA OC Lake Forest sheriff department Captain; The Sheriff deputies, P. Ford badge #7796 in the Family courtroom LJC L11; Sheriff Deputy Zelaya # 9051;
Shahla Zandi;
Shala Zandi;
Teci Mayo, Senior Regional Manager at Solari Enterprises, Inc.;
Knakalia Richard, former community manager at Arroyo at Baker Ranch; Arash Moslehi;
Dr. Hamid Eskandari;
CA Lake Forest / El Toro U.S. Post Office manager Nguyen;
Eben Ellerston , L+M Baker Ranch Workforce Holdings LLC manager;
Graham Espley-Jones, WCH Affordable IX, LLC president;
Behtash Ahadi;
Behtash Khalida;
John Huskey, Baker Ranch Affordable Housing LLC manager;
Former Assistant Manager of the Arroyo at Baker Ranch, Carlos Vega,
Arroyo at Baker Ranch Apartments;
William, Baker Ranch Affordable LP agent,
Edith Johnson, Baker Ranch Affordable LP agent;
Brianna Brown, Baker Ranch Affordable LP agent;
AMC LLC, Property management of the Arroyo at Baker Ranch;
AMC-CA Inc., Property management of the Arroyo at Baker Ranch; Baker Ranch Affordable Housing LP; Baker Ranch Affordable Housing LLC;
Western Community Housing Inc.;
L+M Fund Management LLC;
L+M Baker Ranch Workforce Holdings LLC;

L+M Baker Ranch Workforce Member LLC, its Sole Member;

L+M WHF Baker Ranch JV Member LLC, its sole member;

L+M Workforce Fund Haldo, LLC, its Sole Member;

L+M Workforce Housing Fund REIT Manager, LLC, Its Manager;

L+M Workforce Housing Fund, LP, its sole;

L+M Workforce Housing Fund GP, LLC, its General Partner;

L+M Fund Management LLC, its Manager;

WCH Affordable IX, LLC;

Solari Enterprises Inc.;

Meta Housing Corp;

Crummack Huseby Property Management Inc.;

First Service Residential property manager, California;

ZANDI AND ASSOCIATES, LLC;

SEA COUNTRY TOWING AND RECOVERY, INC;

BLUEHOST INC.;

SACHIN PURI, in his official capacity as CEO and director of BLUEHOST INC.;

LEGALZOOM INC.;

JEFF STIBEL, in his official capacity as CEO and director of LEGAMZOOM INC.;

Todd Gloria, in his official capacity as Mayor of San Diego;

Joe La Cava, in his official capacity as Council President;

Kelly A. Martinez, in her capacity as Sheriff Coroner of San Diego;

Scott Wahl, in his official capacity as  Police leader;

Torry Pine Glider Port;

Air California Adventure Inc.;

Robin John Marien;

Junior; United States Hang Gliding and Paragliding Association, USHPA;

United States Powered Paragliding Association, USPPA;

Complaint

United States Parachute Association, USPA;
National Aeronautical Association, NAA;
Fédération Aéronautique Internationale, FAI;
Federal Aviation Administration, FAA;
Federal Aviation Administration San Diego, FSDO;
Leah Catullo, PPG Pilot, NAA & USPPA, & FAI;
Martin Palmaz, former president of USHPA;
Chris Santacroce, USHPA;
Bill Hughes, USHPA;
Elena Filonova, FAI;
Amy Stewart, NAA;
Greg Principato, NAA FAI;
David Monks, FAI;
Recreation Risk Retention Group, RRRG;
Professional Air Sports Association, PASA;
Albert Berchtord, USPA;
Michael E. Cindrich  #243731;
Law Offices of Michael E. Cindrich APC;
Steven David Silverstein #86466;
Silverstein Eviction Law;
Michael Payman Kade #200871;
Law Offices of Michael P. Kade, APLC;
Eric Robert Hedstrom #181169;
Matthew Taylor Vela # 322441;
The Law Office of Matthew T. Vela, PC;
Mark J. McGowan #208554;
The law offices of Mark J. McGowan;
Paymon Bidari #194399;
Bidari Civil Defense, P.C.;
Jonathan Wesley Birdt #183908;
Sayan Aboudi # 317292;
Lionsgate Law Group, APC;
Jacob Orr Rebhun Esq #245618;
Sarah Lee Overton #163810;
Cummings McClorey Davis & Acho;
Matthew L Green #227904;
Best Best & Krieger LLP;
Mary Sahar Izadi #233698;
S. FRANK HARRELL # 133437;
G. CRAIG SMITH # 265676;
KYLE A. SCHIFFMAN # 337513;

11

Complaint

LYNBERG & WATKINS, APC;
Darren J Welsh #210431;
Antoine Demarcos Williams #255716;
Arash Seyed Arabi #228813;
Morgan Hallie Stiefel #283489;
Ranhee Lee #330979;
Antoine Demarcos Williams #255716;
Williams and Seeman, ALPC;
Mona Deldar #231393;
Deldar Legal;
California Court, Judicial Branch of California;
CA Commission on Judicial Performance;
U.S. Attorney Public Corruption and Civil Rights Department
CA Legislative;
CA State Assembly;
Chris Poon Chan, in his official capacity as Associate Governmental Program Analyst of the California Department of Fair Employment and Housing;
James Cortes, in his official capacity as the California Department of Fair Employment and Housing, Supervisor;
Teresa Vargas-Patterson, Staff Services Manager I, California Civil Rights Department, Formerly Department of Fair Employment and Housing;
California Bar Association; California Department of Fair Employment and Housing;
United States Department of Housing and Urban Development;
CA Fire Department;
Department of Justice Headquarters;
California Employment Development Department, EDD;
EDD Director: Nancy Farias;
EDD Deputy Director of Legislative Affairs: Quinn Buniel;
EDD Deputy Director of EDDNext Modernization: Ron Hughes;

Complaint

EDD Chief Deputy Director of Operations: Carol D. Williams ;
State of Pharmacy, Unemployment Insurance Appeal Board, CUIAB;
Michael Allen – Board Chair CUIAB;
Laura Kent-Monning – Vice Chair CUIAB;
Michael Eng, CUIAB;
Richard D. Roth, CUIAB;
Robert Wieckowski, CUIAB;
California Secretary of State;
Sophia Azar, California State Athletic Commission;
Peter Villegas, California State Athletic Commission; Chair;
California State Athletic Commission;
Dr. Vernon Williams, California State Athletic Commission;
Commissioner, Vice Chair; Dr. AnnMaria De Mars, California State Athletic Commission;
Ronald Fiore, California State Athletic Commission;
Commissioner: Chris Gruwell, California State Athletic Commission;
Commissioner: Doug Hendrickson, California State Athletic Commission;
Commissioner: Scott Wetch, California State Athletic Commission;
Executive Officer: Andy Foster, California State Athletic Commission;
State of Hawaii;
Robert K.S. Kim, The Presiding Judge of the Third Circuit Court (Hawaii County);
U.S. Attorney and District Attorney of Hawaii;
City and County of Honolulu;
David Mathew Herzog;Lucy Anne Herzog;
Frederick Bandack;
Kathleen SanchezComm#2206017;
Damon Key Leong Kupchak Hastert;
Douglas C. Smith; Beverlyn Simina;
Linda J. Gladson-Elfiqhi Comm# 2288757;
Logix Federal Credit Union Bank;

13

Complaint

Jason Natelson, Vice President, Legal Affairs/Corporate Counsel;

Logix Federal Credit Union;

Parviz Ansari;

Diego Moreno, Financial Services officer Logix Federal Credit Union;

TRAVIS FOYLE;

WEBRATRON, web developer company;

LA Sheriff detective Raffi Armen Bahadarian;

LA Sheriff Department, Robert G. Luna;

LA District Attorney;

LA District Attorney Leader , Nathan Hotchman;

LA Chief  Burbank Police Department, Michael Albanese;

LA Chief of Police Department, Dominic Choi;

LA Burbank Police Department, Sergeant Anthony Virzi, Internal Affairs Bureau;

LA Burbank Police Officer Don J. Burt,  ID # 13876;

Realtor Darla Stuart DRE # 02077162;

Payam Kade, Psychologist;

Mehrangiz Shahanian;

Cyrus Djan aka Mohammadebrahim Darakhshani Jan; for the District of Rhode Island;

Solmaz Derakhshani Jan;

Yashar Derakhshani Jan;

Mania Sabour;

Mehdi Sabour;

Sahar Poorhashemi;

Mahbouneh Sadat Hashemi Sheikhshabani ;

Mahnaz Bahaelou;

Kambakhsh Rezai;

Esmail M. Nabi, the owner of Caspian Mediterranean Kitchen;

Caspian Mediterranean Kitchen;

Charania Holdings LLC;

Marjan Shahanian;

Saeid Derakhshan Hoorah;

Mashia Ghods;

14

Complaint

Manzar Kia;

Dara Khosrowshahi, CEO of Uber;

District Judge, Anne Hwang;

District Judge, Ann Marie McIff Allen;

District Judge, Dale A. Kimball;

District Judge, Robert J. Shelby

Distrcit Magistrate Judge, Daphne A. Oberg

District Judge, Scott W. Skavdahl;

Police Sergeant at Clayton Police Department, Jason Shaw;

CVS Health Inc.;

Steven C. Monti;

Jasmin Patel;

Judith Richter;

Nolan Lo;

Seung W. Oh, Pharm. D. CA Board of Pharmacy President;

Anne Sodergren, the Executive Officer of the Board of Pharmacy, Department of Consumer Affairs;

KAREN R. DENVIR, Supervising Deputy Attorney General;

KATELYN E. DOCHERTY Deputy Attorney General State Bar No. 322028;

Katherine Sill, Former Inspector of the California State Board of Pharmacy;

ZACHARY A. CUNHA, U.S. Attorney

SARA MIRON BLOOM, Assistant United States Attorney, RI;

KEVIN LOVE HUBBARD, Assistant United States Attorney, RI;

RACHNA VYAS, Assistant United States Attorney, RI;

JESSICA D. ABER, United States Attorney for the Eastern District of Virginia;

JOHN E. BEERBOWER, Special Assistant U.S. Attorney, VA;

CLARE E. CONNORS, United States Attorney for the District of Hawaii ;

SYDNEY SPECTOR, Special Assistant U.S. Attorneys, HI;

TRACY J. WEINSTEIN, Special Assistant U.S. Attorneys, HI;

Complaint

DAMIEN DIGGS, United States Attorney for the Eastern District of Texas;

ADRIAN GARCIA, Special Assistant U.S. Attorneys,TX;

JAMES GILLINGHAM, Special Assistant U.S. Attorneys,TX;

BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General D.C.;

BURDEN H. WALKER, Acting Deputy Assistant Attorney General Civil Division;

AMANDA N. LISKAMM, Director;

LISA K. HSIAO, Senior Deputy Director, Civil Litigation;

AMY L. DELINE, Assistant Directors;

C.B. BUENTE, Assistant Directors;

DONALD LORENZEN, Senior Litigation Counsel;

BEN CORNFELD; AMANDA K. KELLY, Trial Attorneys United States Department of Justice Consumer Protection Branch;

MICHAEL GRANSTON, Deputy Assistant Attorney General;

JAMIE A. YAVELBERG, Director;

NATALIE A. WAITES, Assistant Director;

CLAIRE L. NORSETTER; OSHUA BARON;

MEGAN F. ENGEL Trial Attorneys U.S. Department of Justice;

Commercial Litigation Branch, Fraud Section;

Walgreens co;

Walgreen co;

Walgreens pharmacy;

Walgreen pharmacy;

Jerry Pira, Walgreens employee;

Veronica C., Walgreens employee;

Shanieke Nelson; Walgreens employee;

Jose Morales, CA, Orange County Superior Court employee;

Richard Augustine, CA, Orange County Superior Court employee;

Saloumeh Yaraghchi;

16

Complaint

L.A. MEDICAL BILLING NETWORKS LLC;

Dr. Kamyar Amini;

Johnny Jason Escobar;

Lori Anne Kim #245683;

Manuchehr Khoshbin;

John Eustermann;

Amy Neterer;

Hendrik Vanderlinde, former Rite Aid employee;

Rite Aid;

First advantage;

Sterling Check Corporation;

First Advantage Corporation;

First Advantage;

Chapman University;

Chase Bank;

American Automobile Association, AAA;

ROCKPOINT FUNDING, LLC;

Ramtin Ghaneeian, Manager of ROCKPOINT FUNDING, LLC;

John Kohan, Manager of ROCKPOINT FUNDING, LLC;

United States Immigration and Customs Enforcement, ICE;

Todd Lyons, leader of Immigration and Customs Enforcement;

United States Department of Homeland Security, DHS;

Kristi Noem, the Secretary of Homeland Security;

Sonny Santiago, former Community Manager of The Arroyo at Baker Ranch;

Steve Gordon, Director of the California Department of Motor Vehicles, DMV;

Benjamin Yu, in his official capacity as a Lake Forest City Council Member;

Scott Voigts, in his official capacity as a Lake Forest City Council Member;

Mark Tettemer, in his official capacity as a Lake Forest City Council Member;

Doug Cirbo, in his official capacity as a Lake Forest City Mayor Pro Tem;

17

Complaint

Robert Pequeño, Lake Forest City Mayor;

Benjamin Yu, Lake Forest City employee;

Scott Voigts, Lake Forest City employee;

Mark Tettemer, Lake Forest City employee;

Doug Cirbo, Lake Forest City employee;

Robert Pequeño, Lake Forest City employee;

Mitchell David Dean #128926;

Dean Gazzo Roistacher LLP, Law Firm;

All Attorneys of Dean Gazzo Roistacher LLP Law Firm;

Darin D. Smith, Wyoming U.S. Attorney;

Lacey Nicole Sipsey #321297;

Lynberg & Watkins Law Firm;

All Attorneys of Lynberg & Watkins Law Firm;

Alejandro Mayorkas, Attorney and former United States Secretary of Homeland Security;

California State Sheriffs Association (CSSA);

Eric Robert Hedstrom #181169;

Viviana Becerra, Chief of Staff (COS), Communication Department, External Affairs, and Legislative Affairs of the California Department of Justice;

Damon Brown, the Top deputy of the California Department of Justice;

Eleanor Blume, Special Assistant Attorney General of the California Department of Justice;

Dana Williamson, Former California Governor's assistant and California Department of Justice employee;

Nathan Barankin, Chief of Staff and assistant to the California Governor's assistant and a California Department of Justice employee;

Planet Fitness Inc;

Pla-Fit Holdings LLC;

PFIP LLC;

Planet Fitness Franchising LLC;

18

Complaint

Tallon Fair, Planet Fitness employee;
Colleen Keating, CEO of Planet Fitness
Paul Barber, Chief Information Officer of
Planet Fitness
Bill Bode, Chief Operating Officer of Planet
Fitness
McCall Gosselin, Chief Corporate Affairs
Officer of Planet Fitness
Chip Ohlsson, Chief Development Officer of
Planet Fitness
Brian Povinelli, Chief Marketing Officer of
Planet Fitness
Sarah Powell, General Counsel of Planet
Fitness
Jennifer Simmons, Chief Strategy Officer of
Planet Fitness
Jay Stasz, Chief Financial Officer of Planet
Fitness

THIS LAWSUIT IS WRITTEN IN 58 PAGES AND 9,543 WORDS.

## **JURISDICTION**

1.    This court has jurisdiction under 28 U.S.C. § 1331 and  28 U.S.C. § 1332. Federal question jurisdiction and Diversity, amount in controversy greater than $75,000 for violation of the Fifth and Fourteenth Amendments of the U.S. Constitution, unalienable rights of life, liberty, pursuit of happiness, peace, safety, security, due process, and equal protection by law. All the violations of statutory, the U.S. Constitution, due process, civil rights, and laws will arise in detail later.

## VENUE

2.      Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this complaint happened in this district.

## I. INTRODUCTION

3.      The Nature of this lawsuit is a serious criminal lawsuit, RICO Act lawsuit, with significant crimes and systematic corruption of government officials and mafia members in government settings and among individuals.

4.      I am not able to file a criminal case based on Federal court rules, but when Congress, Department of Justice, U.S. Marshal, FBI, Homeland Security, National Security, ICE, and other appropriate federal Agencies take action to do their duties on completion, investigations, and searches on this critical case, then it will change to a criminal case.

5.      This is a very sensitive case, and no attorney or court employee, including judges, cannot take any action on this criminal case before Congress, the Department of Justice, U.S. Marshal, FBI, Homeland Security, National Security, ICE, and other appropriate federal Agencies take action to do their duties on completion, investigations, and searches.

6.      This is a highly sensitive and important case involving systemic corruption connected to the government, corporations, individuals, and others. It is associated with the corruption, forgery, felony, retaliation, and numerous crimes of

judicial mafia, government official mafia, real estate fraud, real estate mafia, rental scam mafia, conspiracy mafia, loan fraud, bank fraud, probation fraud, tax fraud, insurance fraud, collector fraud, blackmail mafia, mail fraud mafia, Testify under the perjury mafia, identity theft mafia, Cyber crime, human smuggling fraud, pharmaceutical mafia, law enforcement mafia, drug trafficking, firearm violation mafia, immigration fraud, marriage fraud, immigration mafia, Citizenship fraud, government benefit mafia, DMV fraud and mafia, EDD fraud and mafia, government fund mafia, White-collar crimes, organzied crimes, obstruction of justice, accusation, defamation of character and slander mafia, prosecutor mafia, violation of statutory, civil, U.S. constitution rights, and many more.

7.      I need your response regarding all my requests and considerations listed below, but I will add more later during the case process:

A- How does the District court of Utah handle and manage this important case to ensure due process, justice, compliance with statutes will be in order and follow, and how to protect all of my rights throughout the case? Additionally, how do they prevent any influence from organized crime or other illegal sources from interfering with the case?

B- How many judges will serve on this case, since one judge cannot handle such a critical and significant matter? What are the resumes, backgrounds, and work

Complaint

histories of those judges? Are they qualified to handle this important case? And what types of cases have they previously worked on?

C- What strategy and plan do you have to report the case to the CA Supreme Court, Senate House, Department of Justice, FBI, U.S. Marshals, Homeland Security, ICE, Interpol, and other federal agencies to ensure they oversee and begin their duties on the case?

D- How do you want to choose a Grant Jury, Jury, hearing expert, monitor, master, or those court-appointed individuals who assist and support in the process and progress of the case? Who are they, and what are their resumes, histories, and backgrounds?

E- How many people will you select for jury duty? What are your selection criteria, considering the sensitivity of the case, and how many individuals have you considered?

F- How do you want to select the grand jury, since they are specialists, and how many grand jurors will be involved in the case? And how do you choose them?

G- What is your first step and strategy? How do you plan to start working on the case? Who will be the first defendant called to court? What will the process be like?

H- I will file a restraining order request against some of the defendants due to their severe harassment, retaliation, abusive actions, corruption, and conspiracies directed at us. Granting restraining orders requests.

Complaint

I- Request the return of millions and billions of dollars that those corrupt, bastard, and criminal government officials received from sham and illegal lawsuits against pharmaceutical companies and pharmacies on behalf of the people, which must be shared with the people.

J- My fiancé and I need the protection plan order. How and when will you issue the order?

K- and many more requests and questions that I will bring up later in the process.

8.    Law and justice are humanity's destiny. They represent decisions that can bring new hope or destroy lives forever. Reading, knowing, and relying solely on the contents of a law book are not enough to issue an order or judgment; you must also see the faces of those for whom justice is their last hope, not just focus on the words in the book. Judgment involves evaluating circumstances to make a decision rooted in justice. Law is not just a science; it is life. These defendants have willfully damaged my life, my fiancé's, athletes', national interests, competitions, the reputation of my country's sports, the 2028 Olympics, and many other things—shame on them, corrupt people and government officials.

9.        All these defendants know what they have done through their corruption and criminal actions, and they cannot even defend themselves or lie to the court. They will try to request a demurrer and have the case dismissed, but that is not going to happen. They will be held accountable in court by law. They have

abused the entire system of law enforcement, the judicial system, government, statutory law, civil law, the U.S. Constitution, national assets, national interests, public trust, safety, and security. They caused irreparable harm and lasting effects in my life and others', and the government officials must be removed from their positions and be prosecuted, regardless of who they are and what their position is. Crime is crime, and corruption is corruption, and these violators must be held accountable by law and justice.

10.    They retaliate constantly in various ways, send life-threatening messages, engage in numerous conspiracies, and aim to create big problems for my fiancé and me. They want to frame us, ruin our clean record, and then kill us in prison with their gang members who are working for corrupt government officials. They have come to our car a few times, ripped our tires to cause accidents, and put our lives in danger—likely intending to kill us. The most ongoing retaliation involves conspiracies and setting us up in court and hearings.

11.    These are thieves, more than just corrupt and criminal. One form of theft involves stealing physical items and other people's property; the other is political theft, which takes away your dreams, job, goals, freedom, health, safety, future, happiness, opportunities, constitution, civil rights, and more. The interesting point is that we don't choose the first type of theft. Still, we, the people, support the second type, political thieves, and law enforcement chases the first

type, which we see in the news and everywhere. Yet, an army of law enforcement and the judicial system backs the second type of political theft.

12.    I can't share more details right now because they will be shocked during the further case process and in court when they see all the documents I submit. They are part of the mafia, and if I share the documents and causes of action, they will create fake documents and evidence. So, it's better to lay everything out in the case process and then during the hearings. I can't provide the information now because they control the system; they could produce documents like the fake ones we already have, alter the dates, and modify everything. All causes of action will be presented at the Case process, and all harms and damages are significant and will be addressed there. The financial damages caused by all defendants are more than 36 trillion of dollars, and the amounts will be submitted to the court along with detailed supporting documents. This is only the financial damages to me, and there are lots of emotional, physical, professional, private, and many more harms and damages that I will bring to the court's attention later. The monetary sought in details in the Case process. I will include the claim legal codes in my future documents.

13.    All documents, evidence, and videos will be presented to the court during the Case Management Conference. The remaining documents will be given to the jury, the court, the judges, the FBI, the Department of Justice, the

Complaint

Department of Homeland Security, ICE, the prosecutor, and other federal agencies.

14. They caused significant damage to us. Still, they harmed and damaged many aspects of national assets, including the 2028 Olympics, sports, U.S. citizens, athletes, public safety, aviation safety, sports safety, health, various competitions related to the USA's reputation and sports objectives, and issues of national interest. They undermined public trust and violated our statutory, civil, and constitutional rights of athletes and citizens.

15. Regarding the service of the defendant, for those corrupt government officials, companies, and individuals who engage in a high volume of corruption, they often refuse to be served, and we have experience with this. Therefore, in this important case, we will serve the defendant by mail and email, as well as in person. I mention this because of the flawed serving rules in California courts: if someone isn't served in the specific manner required, the case will be dismissed, which favors criminals and the mafia.

16. The other point is that there is no meet-and-confer or settlement with all these corrupt government officials and all the defendants due to the high volume of corruption and crimes, and everything will be clear during the case process and afterward. There is no settlement in the middle because we are seeking justice; they must be imprisoned, and we are seeking the prosecution of

Complaint

all those corrupt defendants. All the above federal agencies must investigate and complete their searches on the case first.

17.     These defendants will face 700 lawsuits, including RICO Act cases brought by both state and federal courts, nationwide, in Europe, and Asia, through all those individuals affected and harmed in numerous ways because of the defendants' corruption and crimes. They must await prosecution by law for what they have done since now, and have caused lots of harm and damage to other people, national assets and interests, and us.

18.     I will request for grant jury, forfeiture of the sets, background check, fingerprinting, Interpol inquiry, forfeiture of the sets from the dual citizen defendants, inquiry of bank accounts of dual citizen defendants, inquiry for the immigration cases of defendants and their families, and many more that I will submit them all later.

19.     For the relief and monetary amount, which is trillions of dollars and statements of facts, documents, and evidence will be furnished to the court, case management conference, and days of hearings. This is a significant case and the decision is not solely depend to the judge alone, and all the federal authorities must investigate and oversee the defendant and the whole case procedures.

## **PARTIES**

20.     <u>Plaintiff</u>, **SANAZ DERAKHSHANI JAN,** P.O. Box 363, Trabuco Canyon, CA 92211.

## DEFENDANTS: #21 to # 478

21. Donald J. Trump, in his official capacity as the President of the United States;

22. James David Vance, in his official capacity as the Vice President of the United States;

23. Melania Trump, in her official capacity as First Lady of the United States;

24. Karoline Claire Leavitt, in her official capacity as White House Press Secretary;

25. Lara Lea Trump (Yunaska), in her official capacity as an American Politician;

26. Eric Trump, Donald Trump's son;

27. PAMELA JO BONDI, in her official capacity as the U.S. Attorney General;

28. KASHYAP PRAMOD PATEL, in his official capacity as the Director of the Federal Bureau of Investigation;

29. KAMALA HARRIS, in her official capacity as an Attorney and former Vice President of the United States;

30. GAVIN CHRISTOPHER NEWSOM, in his official capacity as the Governor of California;

31. ARNOLD ALOIS SCHWARZENEGGER, Actor and former Governor of California;

32. KRISTEN CLARKE, in her official capacity as a former Assistant Attorney General for Civil Rights at the U.S. Department of Justice;

33. ROBERT ANDRES BONTA, in his official capacity as the Attorney General of California; ADAM BENNETT SCHIFF, in his official capacity as a United States Senator;

34. ALEX PADILLA, in his official capacity as a United States Senator;

35. BILAL A. ESSAYLI, in his official capacity as U.S. Attorney General for the Central District of California;

36. KEVIN RICHARD KISH, in his official capacity as director of the Civil Department of Fair Employment and Housing;

37. JAMES COMEY, in his official capacity as former director of the FBI;

38. RONALD L. DAVIS, in his official capacity as Former Director of the U.S. Marshals Service; GADYACES S. SERRALTA, in his official capacity as Director of the U.S. Marshals Service;

39. Diane B. Dixon, in her official capacity as a member of the CA State Assembly;

40. Greg Wallis, in his official capacity as a member of the CA State Assembly;

41. Cecilia Aguiar-Curry, in her official capacity as CA Assembly leader;

Complaint

42. Robert Garcia, in his official capacity as CA Assembly Assistant leader;

43. Robert Rivas, in his official capacity as CA Assembly Speaker;

44. James Flory Hodgkins, in his official capacity as commissioner;

45. John Michael Tomberlin, in his official capacity as judge;

46. Kira Lee Klatchko, in her official capacity as judge;

47. Manuel Bustamante, in his official capacity as judge;

48. Michael C. Martin, in his official capacity as judge;

49. Judith C. Clark, in her official capacity as former CA Riverside County Presiding Judge;

50. Jacquelin Jackson, in her official capacity as CA Riverside County Presiding Judge;

51. Marie E. Wood, in his official capacity as Judge;

52. Matthew Perantoni, in his official capacity as Judge;

53. Mark E. Singerton, in his official capacity as Judge;

54. Kim Chunk, in her official capacity as former CA Palm Springs Courthouse supervisor;

55. Current CA Palm Springs Courthouse supervisor;

56. CA Palm Springs Courthouse executive officers/clerk;

57. MARIA D. HERNANDEZ, in her official as the Presiding Judge of the Orange County Superior Court;

58. Dolly M. Gee, in her official capacity as a Judge;

30

Complaint

59. Douglas F. McCormick, in his official capacity as Magistrate Judge;

60. Stanley Blumenfeld, Jr, in his official capacity as a Judge;

61. Steve Kim, in his official capacity as a Judge;

62. Joanne Motoike, in her official capacity as a Judge;

63. Thomas A. Delaney, in his official capacity as a Judge;

64. Nathan Scott, in his official capacity as a Judge;

65. Cheri T. Pham, in her official capacity as a Judge;

66. Michael E. Perez, in his official capacity as a Judge;

67. Julie A. Palafox, in her official capacity as a Judge;

68. Corey S. Cramin, in his official capacity as a Judge;

69. Andre Manssourian, in his official capacity as a Judge;

70. Julianne S. Bancroft, in her official capacity as a Judge;

71. Shaina H. Colover, in her official capacity as a Judge;

72. David J. Hesseltine, in her official capacity as a Judge;

73. Jonathan Fish, in his official capacity as a Judge;

74. Donald F. Gaffney, in his official capacity as a Judge;

75. Deborah C. Servino, in her official capacity as a Judge;

76. Erick L. Larsh, in his official capacity as a Judge;

77. Craig Griffin, in his official capacity as a Judge;

78. Shawn Nelson, in his official capacity as a Judge;

79. MICHAEL J. STRICKROTH, in his official capacity as a Judge;

Complaint

80. THOMAS S. MCCONVILLE, in his official capacity as a Judge;

81. ERIC J. WERSCHING, in his official capacity as a Judge;

82. Richard, CA, Orange County Superior Court, Central Justice Center, Clerk's Office supervisor;

83. Riverside County District Attorney;

84. Riverside County FBI;

85. Colin D. Kirkpatrick, in his official capacity as City Attorney of Rancho Mirage; Steve Downs, in his official capacity as the former City Mayor of Rancho Mirage;

86. Lynn Mallotto, in her official capacity as City Mayor of Rancho Mirage;

87. Ken Calvert, in his official capacity as the CA Congressman;

88. Raul Ruiz, in his official capacity as the CA Congressman;

89. CA Riverside County;

90. CA Riverside District Attorney Real Estate Fraud Unit;

91. Michael A. Hestrin, in his official capacity as CA Riverside District Attorney director; Isra Shah, in an official capacity as CA Palm Desert City Attorney;

92. Jan Harnik, in her official capacity as CA Palm Desert City Mayor;

93. Evan Trubee, in his official capacity as CA Palm Desert City Mayor Pro Tem;

32

Complaint

94. Karina Quintanilla, Joe Pradetto, and Gina Nestande, in their official capacity as Council Members;

95. CA Riverside Board of Supervisors;

96. Manuel Perez, in his official capacity as CA Riverside District 4 supervisor;

97. Chad Bianco, in his official capacity as Riverside Sheriff Chief - Coroner;

98. Don Sharp, in his official capacity as Riverside Undersheriff; Cathedral City Police Department;

99. Larry V. Gonzalez, in his official capacity as Riverside Police Chief; Palm Springs Police Department;

100. DeLoss, in his official capacity as supervisor at CA Palm Desert Sheriff Department; Palm Desert Sheriff Deputies, including Cienega, Burden, Reynolds, and Prieto;

101. Jason McFeddan, in his official capacity as Riverside supervisor sergeant Lieutenant;

102. Berkshire Hathaway HomeServices;

103. Palm Desert Oasis County Club;

104. The Mission Hills County Club;

105. The Management Trust Mission Hills County Club;

106. Allied Universal Security Service Palm Desert;

Complaint

107. Linda Lee Hurd; Linda Hurda;

108. Linda Wallance Hurd;

109. Linda Bergan Hurd;

110. Linda Hwid;

111. Linda Hurd;

112. Phil Smith;

113. Chad WEST;

114. Creative Recovery Concepts, Inc.;

115. Isaiah Villarreal,

116. Christopher Cardi;

117. PETER MCKERNAN;

118. The mckernan group realty

119. DANIEL STAMPS;

120. Kevin Vert;

121. Kevin Jeffrey Vert;

122. Joshua Christopher Vert;

123. Vista Community Clinic;

124. Deborah Elaine Vert;

125. Christina Marie Vert;

126. Jenson Lynne;

127. Philip Hood;

128. Pat Huffman;

129. Frances W. Greenspan;

130. Tori Thomas, The Management Trust Mission Hills County Club HOA, MHRC Board President;

131. Rosemary, Allied Universal Security Service Mission Hills County Club Rancho Mirage, Manager;

132. Matthew Zandi, in his official capacity as former CA Orange County District Attorney deputy and current Chief of Staff and Senior Counsel to the U.S. DOJ Civil Rights Division;

133. CA Orange County District Attorney's real estate fraud unit; Mark Tettemer, in his official capacity as former Lake Forest City Mayor and council member;

134. Doug Cirbo, in his official capacity as Lake Forest Council member;

135. Scott Voigts, in his official capacity as Lake Forest Mayor;

136. Andrew Do, in his official capacity as former OC Board of Supervisor member;

137. Warren Buffett, in his official capacity as Chairperson of Berkshire Hathaway Inc.;

138. The Berkshire Hathaway HomeServices;

139. HomeServices of America;

140. Berkshire Hathaway Energy;

141. Lynne Jenson;

142. Ronald Kershaw;

143. Lisa M. Rogan, in her official capacity as San Bernardino Presiding Judge;

144. San Bernardino Fire Department;

145. County of San Bernardino;

146. San Bernardino District Attorney;

147. San Bernardino Sheriff Department;

148. San Bernardino Police Department;

149. Todd Spitzer, in his official capacity as CA Orange County District Attorney;

150. CA Orange County Board of Supervisors;

151. Don Wagner, in his official capacity as CA Orange County Board of Supervisors;

152. Mark Talka, in his official capacity as CA OC U.S. Attorney's office supervisor;

153. CA Orange County FBI;

154. Orange County DMV;

155. County of Orange;

156. CA Orange County Social Security Office;

Complaint

157. CA ORANGE COUNTY PARKS, PUBLIC PARKS OF ORANGE COUNTY, CALIFORNIA GOVERNMENT AGENCY;

158. STACY BLACKWOOD, in her official capacity of executive andirectorer/manager of CA OC parks government agency;

159. KEVIN MCKEOWN, in his official capacity of supervisor CA OC park rangers;

160. O'NEILL REGIONAL PARK;

161. CA Lake Forest/El TORO U.S. Post Office;

162. Social Security office headquarter;

163. DMV headquarters;

164. Janet Nguyen, in her official capacity as Board of Supervisors District 1 member;

165. Vicente Sarmiento, in her official capacity as Board of Supervisors District 2 member;

166. Donald P. Wagner, in his official capacity as Board of Supervisors District 3 member;

167. Doug Chaffee, Chair, in his official capacity capacity as Board of Supervisors District 4 member;

168. Katrina Foley, in her official capacity as Board of Supervisors District 5 member and Vice Chair;

Complaint

169. Diane Brooks Dixon, in her official capacity as    Member of the California State Assembly 72nd State Assembly District;

170. Andrew Do, in his official capacity as former OC Board of Supervisor member;

171. Donald Barnes, in his official capacity as CA Orange County Sheriff Chief Coroner;

172. Lake Forest Sheriff Department, Saddleback deputy Gotts, G # 8699;

173. Lake Forest Sheriff Department, Saddleback deputy Huynh,V # 11071;

174. Lake Forest Sheriff Department, Saddleback deputy Muir, T # 10371;

175. Lake Forest Sheriff Department, Saddleback Nine deputies;

176. Jeff Callahan, in his official capacity as CA Orange County Administrative Sergeant;

177. David Pultz, in his official capacity as CA OC Lake Forest sheriff department Captain;

178. The Sheriff deputies, P. Ford badge #7796 in the Family courtroom LJC L11;

179. Sheriff Deputy Zelaya # 9051;

180. Shahla Zandi;

181. Shala Zandi;

182. Teci Mayo, Senior Regional Manager at Solari Enterprises, Inc.;

38

Complaint

183. Knakalia Richard, former community manager at Arroyo at Baker Ranch; Arash Moslehi;

184. Dr. Hamid Eskandari;

185. CA Lake Forest / El Toro U.S. Post Office manager Nguyen;

186. Eben Ellerston, L+M Baker Ranch Workforce Holdings LLC manager;

187. Graham Espley-Jones, WCH Affordable IX, LLC president;

188. Behtash Ahadi;

189. Behtash Khalida;

190. John Huskey, Baker Ranch Affordable Housing LLC manager;

191. Former Assistant Manager of the Arroyo at Baker Ranch, Carlos Vega,

192. Arroyo at Baker Ranch Apartments;

193. William, Baker Ranch Affordable LP agent,

194. Edith Johnson, Baker Ranch Affordable LP agent;

195. Brianna Brown, Baker Ranch Affordable LP agent;

196. AMC LLC, Property management of the Arroyo at Baker Ranch;

197. AMC-CA Inc., Property management of the Arroyo at Baker Ranch; Baker Ranch Affordable Housing LP;

198. Baker Ranch Affordable Housing LLC;

199. Western Community Housing Inc.;

200. L+M Fund Management LLC;

201. L+M Baker Ranch Workforce Holdings LLC;

202. L+M Baker Ranch Workforce Member LLC, its Sole Member;

203. L+M WHF Baker Ranch JV Member LLC, its sole member;

204. L+M Workforce Fund Haldo, LLC, its Sole Member;

205. L+M Workforce Housing Fund REIT Manager, LLC, Its Manager;

206. L+M Workforce Housing Fund, LP, its sole;

207. L+M Workforce Housing Fund GP, LLC, its General Partner;

208. L+M Fund Management LLC, its Manager;

209. WCH Affordable IX, LLC;

210. Solari Enterprises Inc.;

211. Meta Housing Corp;

212. Crummack Huseby Property Management Inc.;

213. First Service Residential property manager, California;

214. ZANDI AND ASSOCIATES, LLC;

215. SEA COUNTRY TOWING AND RECOVERY, INC;

216. BLUEHOST INC.;

217. SACHIN PURI, in his official capacity as CEO and director of BLUEHOST INC.;

218. LEGALZOOM INC.;

219. JEFF STIBEL, in his official capacity as CEO and director of LEGAMZOOM INC.;

220. Todd Gloria, in his official capacity as Mayor of San Diego;

221. Joe La Cava, in his official capacity as Council President;

222. Kelly A. Martinez, in her capacity as Sheriff Coroner of San Diego;

223. Scott Wahl, in his official capacity as  Police leader;

224. Torry Pine Glider Port;

225. Air California Adventure Inc.;

226. Robin John Marien;

227. Junior;

228. United States Hang Gliding and Paragliding Association, USHPA;

229. United States Powered Paragliding Association, USPPA;

230. United States Parachute Association, USPA;

231. National Aeronautical Association, NAA;

232. Fédération Aéronautique Internationale, FAI;

233. Federal Aviation Administration, FAA;

234. Federal Aviation Administration San Diego, FSDO;

235. Leah Catullo, PPG Pilot, NAA & USPPA, & FAI;

236. Martin Palmaz, former president of USHPA;

237. Chris Santacroce, USHPA;

238. Bill Hughes, USHPA;

239. Elena Filonova, FAI;

240. Amy Stewart, NAA;

241. Greg Principato, NAA FAI;

Complaint

242. David Monks, FAI;

243. Recreation Risk Retention Group, RRRG;

244. Professional Air Sports Association, PASA;

245. Albert Berchtord, USPA;

246. Michael E. Cindrich  #243731;

247. Law Offices of Michael E. Cindrich APC;

248. Steven David Silverstein #86466;

249. Silverstein Eviction Law;

250. Michael Payman Kade #200871;

251. Law Offices of Michael P. Kade, APLC;

252. Eric Robert Hedstrom #181169;

253. Matthew Taylor Vela # 322441;

254. The Law Office of Matthew T. Vela, PC;

255. Mark J. McGowan #208554;

256. The law offices of Mark J. McGowan;

257. Paymon Bidari #194399;

258. Bidari Civil Defense, P.C.;

259. Jonathan Wesley Birdt #183908;

260. Sayan Aboudi # 317292;

261. Lionsgate Law Group, APC;

262. Jacob Orr Rebhun Esq #245618;

Complaint

263. Sarah Lee Overton #163810;

264. Cummings McClorey Davis & Acho;

265. Matthew L Green #227904;

266. Best Best & Krieger LLP;

267. Mary Sahar Izadi #233698;

268. S. FRANK HARRELL # 133437;

269. G. CRAIG SMITH # 265676;

270. KYLE A. SCHIFFMAN # 337513;

271. LYNBERG & WATKINS, APC;

272. Darren J Welsh #210431;

273. Antoine Demarcos Williams #255716;

274. Arash Seyed Arabi #228813;

275. Morgan Hallie Stiefel #283489;

276. Ranhee Lee #330979;

277. Antoine Demarcos Williams #255716;

278. Williams and Seeman, ALPC;

279. Mona Deldar #231393;

280. Deldar Legal;

281. California Court, Judicial Branch of California;

282. CA Commission on Judicial Performance;

283. U.S. Attorney Public Corruption and Civil Rights Department

Complaint

284. CA Legislative;

285. CA State Assembly;

286. Chris Poon Chan, in his official capacity as Associate Governmental Program Analyst of the California Department of Fair Employment and Housing;

287. James Cortes, in his official capacity as the California Department of Fair Employment and Housing, Supervisor;

288. Teresa Vargas-Patterson, Staff Services Manager I, California Civil Rights Department, Formerly Department of Fair Employment and Housing;

289. California Bar Association; California Department of Fair Employment and Housing;

290. United States Department of Housing and Urban Development;

291. CA Fire Department;

292. Department of Justice Headquarters;

293. California Employment Development Department, EDD;

294. EDD Director: Nancy Farias;

295. EDD Deputy Director of Legislative Affairs: Quinn Buniel;

296. EDD Deputy Director of EDDNext Modernization: Ron Hughes;

297. EDD Chief Deputy Director of Operations: Carol D. Williams ;

298. State of Pharmacy, Unemployment Insurance Appeal Board, CUIAB;

299. Michael Allen – Board Chair CUIAB;

300. Laura Kent-Monning – Vice Chair CUIAB;

Complaint

301. Michael Eng, CUIAB;

302. Richard D. Roth, CUIAB;

303. Robert Wieckowski, CUIAB;

304. California Secretary of State;

305. Sophia Azar, California State Athletic Commission;

306. Peter Villegas, California State Athletic Commission; Chair;

307. California State Athletic Commission;

308. Dr. Vernon Williams, California State Athletic Commission;

309. Commissioner, Vice Chair; Dr. AnnMaria De Mars, California State Athletic Commission;

310. Ronald Fiore, California State Athletic Commission;

311. Commissioner: Chris Gruwell, California State Athletic Commission;

312. Commissioner: Doug Hendrickson, California State Athletic Commission;

313. Commissioner: Scott Wetch, California State Athletic Commission;

314. Executive Officer: Andy Foster, California State Athletic Commission;

315. State of Hawaii;

316. Robert K.S. Kim, The Presiding Judge of the Third Circuit Court (Hawaii County);

317. U.S. Attorney and District Attorney of Hawaii;

318. City and County of Honolulu;

Complaint

319. David Mathew Herzog; Lucy Anne Herzog;

320. Frederick Bandack;

321. Kathleen SanchezComm#2206017;

322. Damon Key Leong Kupchak Hastert;

323. Douglas C. Smith; Beverlyn Simina;

324. Linda J. Gladson-Elfiqhi Comm# 2288757;

325. Logix Federal Credit Union Bank;

326. Jason Natelson, Vice President, Legal Affairs/Corporate Counsel;

327. Logix Federal Credit Union;

328. Parviz Ansari;

329. Diego Moreno, Financial Services officer Logix Federal Credit Union;

330. TRAVIS FOYLE;

331. WEBRATRON, web developer company;

332. LA Sheriff detective Raffi Armen Bahadarian;

333. LA Sheriff Department, Robert G. Luna;

334. LA District Attorney;

335. LA District Attorney Leader , Nathan Hotchman;

336. LA Chief  Burbank Police Department, Michael Albanese;

337. LA Chief of Police Department, Dominic Choi;

338. LA Burbank Police Department, Sergeant Anthony Virzi, Internal Affairs Bureau;

339. LA Burbank Police Officer Don J. Burt,  ID # 13876;

340. Realtor Darla Stuart DRE # 02077162;

341. Payam Kade, Psychologist;

342. Mehrangiz Shahanian;

343. Cyrus Djan, aka Mohammadebrahim Darakhshani Jan;

344. Solmaz Derakhshani Jan;

345. Yashar Derakhshani Jan;

346. Mania Sabour;

347. Mehdi Sabour;

348. Sahar Poorhashemi;

349. Mahbouneh Sadat Hashemi Sheikhshabani ;

350. Mahnaz Bahaelou;

351. Kambakhsh Rezai;

352. Esmail M. Nabi, the owner of Caspian Mediterranean Kitchen;

353. Caspian Mediterranean Kitchen;

354. Charania Holdings LLC;

355. Marjan Shahanian;

356. Saeid Derakhshan Hoorah;

357. Mashia Ghods;

358. Manzar Kia;

359. Manouchehr Amidnamin;

47

Complaint

360. Marzieh Amidnamin;

361. Sabina Amidnamin;

362. Dara Khosrowshahi, CEO of Uber;

363. District Judge, Anne Hwang;

364. District Judge, Ann Marie McIff Allen;

365. District Judge, Dale A. Kimball;

366. District Judge, Robert J. Shelby

367. District Magistrate Judge, Daphne A. Oberg

368. District Judge, Scott W. Skavdahl;

369. Jason Shaw, Police Sergeant at Clayton Police Department;

370. CVS Health Inc.;

371. Steven C. Monti;

372. Jasmin Patel;

373. Judith Richter;

374. Nolan Lo;

375. Seung W. Oh, Pharm. D. CA Board of Pharmacy President;

376. Anne Sodergren, the Executive Officer of the Board of Pharmacy, Department of Consumer Affairs;

377. KAREN R. DENVIR, Supervising Deputy Attorney General;

378. KATELYN E. DOCHERTY Deputy Attorney General State Bar No. 322028;

Complaint

379. Katherine Sill, Former Inspector of the California State Board of Pharmacy;

380. ZACHARY A. CUNHA, U.S. Attorney SARA MIRON BLOOM, Assistant United States Attorney, RI;

381. KEVIN LOVE HUBBARD, Assistant United States Attorney, RI;

382. RACHNA VYAS, Assistant United States Attorney, RI;

383. JESSICA D. ABER, United States Attorney for the Eastern District of Virginia;

384. JOHN E. BEERBOWER, Special Assistant U.S. Attorney, VA;

385. CLARE E. CONNORS, United States Attorney for the District of Hawaii ;

386. SYDNEY SPECTOR, Special Assistant U.S. Attorneys, HI;

387. TRACY J. WEINSTEIN, Special Assistant U.S. Attorneys, HI;

388. DAMIEN DIGGS, United States Attorney for the Eastern District of Texas;

389. ADRIAN GARCIA, Special Assistant U.S. Attorneys,TX;

390. JAMES GILLINGHAM, Special Assistant U.S. Attorneys,TX;

391. BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General D.C.;

392. BURDEN H. WALKER, Acting Deputy Assistant Attorney General Civil Division;

Complaint

393. AMANDA N. LISKAMM, Director;

394. LISA K. HSIAO, Senior Deputy Director, Civil Litigation;

395. AMY L. DELINE, Assistant Directors;

396. C.B. BUENTE, Assistant Directors;

397. DONALD LORENZEN, Senior Litigation Counsel;

398. BEN CORNFELD; AMANDA K. KELLY, Trial Attorneys United States Department of Justice Consumer Protection Branch;

399. MICHAEL GRANSTON, Deputy Assistant Attorney General;

400. JAMIE A. YAVELBERG, Director;

401. NATALIE A. WAITES, Assistant Director;

402. CLAIRE L. NORSETTER; OSHUA BARON;

403. MEGAN F. ENGEL Trial Attorneys U.S. Department of Justice;

404. Commercial Litigation Branch, Fraud Section;

405. Walgreens co;

406. Walgreen co;

407. Walgreens pharmacy;

408. Walgreen pharmacy;

409. Jerry Pira, Walgreens employee;

410. Veronica C., Walgreens employee;

411. Shanieke Nelson; Walgreens employee;

412. Jose Morales, CA, Orange County Superior Court employee;

Complaint

413. Richard Augustine, CA, Orange County Superior Court employee;

414. Saloumeh Yaraghchi;

415. L.A. MEDICAL BILLING NETWORKS LLC;

416. Dr. Kamyar Amini;

417. Johnny Jason Escobar;

418. Lori Anne Kim #245683;

419. Manuchehr Khoshbin;

420. John Eustermann;

421. Amy Neterer;

422. Hendrik Vanderlinde, former Rite Aid employee;

423. Rite Aid company;

424. First advantage;

425. Sterling Check Corporation;

426. First Advantage Corporation;

427. First Advantage;

428. Chapman University;

429. Chase Bank;

430. American Automobile Association, AAA;

431. ROCKPOINT FUNDING, LLC;

432. Ramtin Ghaneeian, Manager of ROCKPOINT FUNDING, LLC;

433. John Kohan, Manager of ROCKPOINT FUNDING, LLC;

434. United States Immigration and Customs Enforcement, ICE;

435. Todd Lyons, leader of Immigration and Customs Enforcement;

436. United States Department of Homeland Security, DHS;

437. Kristi Noem, the Secretary of Homeland Security;

438. Sonny Santiago, Former Community Manager of The Arroyo at Baker Ranch;

439. Steve Gordon, Director of the California Department of Motor Vehicles, DMV;

440. Benjamin Yu, in his official capacity as a Lake Forest City Council Member

441. Scott Voigts, in his official capacity as a Lake Forest City Council Member

442. Mark Tettemer, in his official capacity as a Lake Forest City Council Member

443. Doug Cirbo, in his official capacity as a Lake Forest City Mayor Pro Tem

444. Robert Pequeño, Lake Forest City Mayor

445. Benjamin Yu, Lake Forest City employee

446. Scott Voigts, Lake Forest City employee

447. Mark Tettemer, Lake Forest City employee

448. Doug Cirbo, Lake Forest City employee

Complaint

449. Robert Pequeño, Lake Forest City employee

450. Mitchell David Dean #128926;

451. Dean Gazzo Roistacher LLP, Law Firm;

452. All Attorneys of Dean Gazzo Roistacher LLP Law Firm;

453. Darin D. Smith, Wyoming U.S. Attorney

454. Lacey Nicole Sipsey #321297

455. Lynberg & Watkins Law Firm

456. All Attorneys of Lynberg & Watkins Law Firm

457. Alejandro Mayorkas, Attorney and former United States Secretary of Homeland Security

458. California State Sheriffs Association (CSSA)

459. Eric Robert Hedstrom #181169

460. Viviana Becerra, Chief of Staff (COS), Communication Department, External Affairs, and Legislative Affairs of the California Department of Justice

461. Damon Brown, the top deputy of the California Department of Justice

462. Eleanor Blume, Special Assistant Attorney General of the California Department of Justice

463. Dana Williamson, Former California Governor's assistant, California Department of Justice employee

464. Nathan Barankin, Chief of Staff and assistant to the California Governor's assistant, California Department of Justice employee

465. Planet Fitness Inc;

466. Pla-Fit Holdings LLC;

467. PFIP LLC;

468. Planet Fitness Franchising LLC;

469. Tallon Fair, Planet Fitness employee;

470. Colleen Keating, CEO of Planet Fitness

471. Paul Barber, Chief Information Officer of Planet Fitness

472. Bill Bode, Chief Operating Officer of Planet Fitness

473. McCall Gosselin, Chief Corporate Affairs Officer of Planet Fitness

474. Chip Ohlsson, Chief Development Officer of Planet Fitness

475. Brian Povinelli, Chief Marketing Officer of Planet Fitness

476. Sarah Powell, General Counsel of Planet Fitness

477. Jennifer Simmons, Chief Strategy Officer of Planet Fitness

478. Jay Stasz, Chief Financial Officer of Planet Fitness

## **STATEMENT OF FACTS**

479.      All statements of fact, causes of action, claims, evidence, and documents related to all defendants will be provided at the case process and to the prosecutors and investigators, and federal authorities. We don't share and submit our documents and evidence now because the mafia members make and modify evidence and documents based on our evidence, like when one of the dangerous mafia members, Kevin Vert aka Kevin Jeffrey Vert, deleted and removed a fake

Complaint

document from the City records. It was related to the millions of dollars when they realized we have documents against them. So, we cannot share some documents and evidence now. I will provide hundreds of pages of what all these defendants did, but not now, because they are cheaters, and investigators must first complete  their investigation and then share all the information with the court. Sme things about claims. I will provide them later.

480. I may submit some additional requests for arrest warrant, remove some defendants from their positions and jobs, seize their property and assets, examine their assets and retrieve information from their mobile devices, inquire with Interpol police, request fingerprints and corneas, review immigration documents, tax cases, review their cases in the judicial system, bank accounts of the defendants and their families, and make other requests for discovery process.

## **REQUEST FOR RELIEF**

WHEREFORE, the plaintiff requests:

A. An immediate restraining order against some of the defendants.

B. Immediate United States Federal Witness Protection Program for my fiancé and me. Due to the life-threatening messages we received from the defendants and the rest of the mafia network, we became their targets and victims. This request for protection must be granted because our lives are in danger, and we cannot respond to the legal process freely and safely. They

have already abused, harassed, and caused emotional distress for us since 2023, and threatened us to drop the previous lawsuits unless they kill us, and this time they will kill us, and we are not safe at all. We oppose corruption and criminal activities by the government and judicial mafia, and our lives are at risk, especially after this lawsuit.

C. An immediate order to halt legal actions and any activities related to this case by defendants and their attorney until the government and relevant federal agencies complete their investigations and searches.

D. An immediate arrest warrant for some defendants.

E. Immediate civil judicial asset forfeiture of the defendants, including all the bank accounts and properties inside and outside of the United States of America, because they are transferring their assets to other people and escape the law and recovery of our financial damages.

F. Compensatory recovery of more than $36 trillion in damages is necessary. It must be granted, as this amount is the minimum I consider sufficient to get my business and profession back on track, the prevention of further damages to the national assets, championships, sports, my businesses, and many more, at least for now. I did not include or account for all the other damages that my fiancé and I have suffered, as well as the trillion-dollar damage caused by the defendant to us. This $36 trillion will recover portions of damages and address pending tasks related to the 2028 Olympics, and many

other projects that were ruined by the defendants and their supporters, affecting national assets, interests, and U.S. reputations worldwide. I will provide documents of all damage and harm, but some of them are priceless and cannot relief them by money. My request must be granted because it involves the United States of America. The defendants must pay at least $36 trillion, and they have this amount available to pay now. When all government officials, judges, law enforcement, and individuals support crimes constantly and cover up crimes, they must think about the consequences of their crimes and corruption, and their actions.

G. Permission to participate in electronic filing (E-filing) and access to PACER.

H. Any further relief which the court may deem appropriate.

## **DEMAND FOR JURY TRIAL**

Due to the sensitivity, security, and critical nature of this case, and to prevent human error in decisions and influence from the judicial mafia, government official mafia, billionaires, companies, and investors, a grand jury and a jury trial, consisting of at least fifty randomly selected citizens from the community who are not chosen by the U.S. Attorney, District Attorney, or other federal agencies, must be present for all issues raised in this complaint during all trial sessions.

# **EXHIBITS**

- IT WILL provide hundreds of documents and evidence against the defendants.

EXECUTED ON*: January 08, 2026, California*

/s/ _____

SANAZ DERAKHSHANI JAN

In Pro Per /Plaintiff

Complaint